IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 12-346-2 |
| | : |
| BRIAN ANDREWS, SR. | : |
| USM#68347-066 | : |

### ORDER

AND NOW this _1st_ day of _April_, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 116 months, effective November 1, 2015.

BY THE COURT:

_/s/ Stewart Dalzell_
The Honorable Stewart Dalzell
**Senior United States District Court Judge**

4/1/15
2cc: Marshal
    Robert Weinberg - Prob.
1cc: E. Toplin, Esq.
    B. McKeon, Asst