IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 12-CR-346-02 |
| BRIAN ANDREWS, SR. | : |

**PRAECIPE TO SATISFY FINANCIAL JUDGMENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the criminal monetary penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

WILLIAM M. McSWAIN
United States Attorney

*/s/ Lauren R. Baer*
LAUREN R. BAER
Assistant United States Attorney
Pennsylvania Bar Id. No. 307042
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

Date: 11/9/18

Rev. 3/24/2015